**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**KEY WEST DIVISION**

CASE NO. 20-10057-CIV-KING/REID

HAROLD GLENN REECE,

    Plaintiff,

v.

MONROE COUNTY JAIL, et al.,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL**

    THIS CAUSE is before the Court on the September 21, 2020 Report and Recommendation ("R&R") (DE 14) of Magistrate Judge Lisette M. Reid. Plaintiff's objections were due by October 5, 2020; none were filed.

    The R&R recommends dismissing Plaintiff's Complaint pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and for failure to comply with Court Orders and that all pending motions be denied as moot.

    Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Reid's well-reasoned R&R accurately states the law of the case. Therefore, it is **ORDERED, ADJUDGED and DECREED** that:

1. Magistrate Judge Lisette M. Reid's Report and Recommendation **(DE 14)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court;

2. Plaintiff's Complaint is hereby **DISMISSED** pursuant to Fed. R. Civ. P. 41(b);

3. All pending motions are hereby **DENIED AS MOOT**; and

4. The Clerk of the Court shall **CLOSE** this case.

1

2

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 27th day of October, 2020.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**cc:**
    **All counsel of record**